**FILED**

October 29, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  2:08-mj-386 KJM |
| Plaintiff, ) | |
| v.                                              ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Maria Brosnan, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  Maria Brosnan  Case 2:08-mj-386 KJM  from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

    _\_\_    Release on Personal Recognizance

    _\_\_    Bail Posted in the Sum of _____

    X    Unsecured bond in the amount of $50,000

    _\_\_    Appearance Bond with 10% Deposit

    _\_\_    Appearance Bond secured by Real Property

    _\_\_    Corporate Surety Bail Bond

    X    (Other) Probation conditions/supervision; surrender passport; travel

    restrictions

Issued at  Sacramento, CA  on 10/29/08      at  3:57 p.m.

By  _____

Kimberly J. Mueller,
United States Magistrate Judge