**Chris Cosca**
Attorney at Law
California State Bar Number 144546
1007 Seventh Street, Suite 500
Sacramento, CA 95814
Telephone: (916) 440-1010
Facsimile: (877) 440-1012
Email: coscalaw@gmail.com

Attorney for Defendant
MARIA PALA BROSNAN

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARIA PALA BROSNAN,<br><br>Defendant | Case No.: 2:08-CR-0533-GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>**DATE:** July 10, 2009<br>**TIME:** 9:00 a.m.<br>**JUDGE:** Hon. Garland E. Burrell, Jr. |

## Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for July 10, 2009 may be continued to July 17, 2009 at 9:00 a.m. The parties are engaged in plea negotiations and a change of plea is expected on July 17, 2009. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

///

///

///

Stipulation and Proposed Order Continuing Status Conf

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: July 7, 2009

          by /s/ Chris Cosca
            Chris Cosca
            Attorney for Defendant
            MARIA PALA BROSNAN

DATED: July 7, 2009

          by /s/ Chris Cosca for
            Robin R. Taylor
            Assistant U. S. Attorney

## **Order**

  Good cause appearing,

  The status conference scheduled for July 10, 2009 is continued to July 17, 2009 at 9:00 a.m.

  Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 for counsel preparation.

  IT IS SO ORDERED.

DATED: 7/7/09

          GARLAND E. BURRELL, JR.
          United States District Judge

Stipulation and Proposed Order Continuing Status Conf