**Chris Cosca**
Attorney at Law
California State Bar Number 144546
1007 Seventh Street, Suite 210
Sacramento, CA 95814
Telephone: (916) 440-1010
Facsimile: (877) 440-1012
Email: coscalaw@gmail.com

Attorney for Defendant
MARIA PALA BROSNAN

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MARIA PALA BROSNAN,<br><br>　　　　　Defendant | Case No.: 2:08-CR-0533-GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE**<br><br>DATE:　August 21, 2009<br>TIME:　9:00 a.m.<br>JUDGE:　Hon. Garland E. Burrell, Jr. |

## **Stipulation**

The parties, through their undersigned counsel, stipulate that the status conference scheduled for August 21, 2009 may be continued to September 25, 2009 at 9:00 a.m. The parties are engaged in plea negotiations but need more time to complete them. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

///

///

///

Stipulation and Proposed Order Continuing Status Conf

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: August 18, 2009

          by    /s/ Chris Cosca
                Chris Cosca
                Attorney for Defendant
                MARIA PALA BROSNAN

DATED: August 18, 2009

          by    /s/ Chris Cosca for
                Robin R. Taylor
                Assistant U. S. Attorney

## **Order**

Good cause appearing,

The status conference scheduled for August 21, 2009 is continued to September 25, 2009 at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: 8/19/09

GARLAND E. BURRELL, JR.,
United States District Judge

Stipulation and Proposed Order Continuing Status Conf