1  **Chris Cosca**
   Attorney at Law
2  California State Bar Number 144546
   1007 Seventh Street, Suite 210
3  Sacramento, CA 95814
   Telephone:  (916) 440-1010
4  Facsimile:   (877) 440-1012
   Email:          coscalaw@gmail.com
5
   Attorney for Defendant
6  MARIA PALA BROSNAN

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-0533-GEB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| MARIA PALA BROSNAN, | DATE:    September 25, 2009
TIME:    9:00 a.m.
JUDGE:  Hon. Garland E. Burrell, Jr. |
| Defendant | |

## **Stipulation**

The parties, through their undersigned counsel, stipulate that the status conference scheduled for September 25, 2009 may be continued to November 13, 2009 at 9:00 a.m. The parties anticipate a change of plea in this matter. However, Ms. Brosnan's Korean interpreter is unavailable to assist with the plea until November 13, 2009. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4.

///

///

Stipulation and Proposed Order Continuing Status Conf

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: September 21, 2009

                                             by    /s/ Chris Cosca
                                                       Chris Cosca
                                                       Attorney for Defendant
                                                       MARIA PALA BROSNAN

DATED: September 21, 2009

                                             by    /s/ Chris Cosca for
                                                       Robin R. Taylor
                                                       Assistant U. S. Attorney

## **Order**

Good cause appearing,

The status conference scheduled for September 25, 2009 is continued to November 13, 2009 at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: 9/22/09

GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Proposed Order Continuing Status Conf