Chris Cosca   CA SBN 144546
1007 Seventh Street, Suite 210
Sacramento, CA 95814
Telephone: (916) 440-1010

Attorney for Defendant
MARIA PALA BROSNAN

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIA PALA BROSNAN,<br><br>    Defendant | Case No.: 2:08-CR-0533-GEB<br><br>**STIPULATION AND ORDER TO RESET STATUS CONFERENCE**<br><br>DATE:   November 13, 2009<br>TIME:   9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrell, Jr. |

## Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for November 13, 2009 may be reset to December 11, 2009 at 9:00 a.m. The parties are engaged in plea negotiations and anticipate a change of plea in this matter. However, the parties need more time to complete the plea negotiations. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4.

///

///

///

///

Stipulation and Proposed Order To Reset Status Conf

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: November 12, 2009 by /s/ Chris Cosca

Chris Cosca
Attorney for Defendant
MARIA PALA BROSNAN

DATED: November 12, 2009

by /s/ Chris Cosca for
Robin R. Taylor
Assistant U. S. Attorney

## **Order**

Good cause appearing,

The status conference scheduled for November 13. 2009 is reset to December 11, 2009 at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

11/12/09

GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Proposed Order To Reset Status Conf