Chris Cosca   CA SBN 144546
1007 Seventh Street, Suite 210
Sacramento, CA 95814
Telephone: (916) 440-1010

Attorney for Defendant
MARIA PALA BROSNAN

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MARIA PALA BROSNAN,<br><br>　　　　Defendant | Case No.: 2:08-CR-0533-GEB<br><br>**STIPULATION AND ORDER TO RESET STATUS CONFERENCE**<br><br>DATE:　　January 15, 2010<br>TIME:　　9:00 a.m.<br>JUDGE:　Hon. Garland E. Burrell, Jr. |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for January 15, 2010 be reset to January 29, 2010 at 9:00 a.m. The parties are engaged in plea negotiations and anticipate a change of plea in this matter. However, the parties need more time to complete the plea negotiations. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4.

///

///

///

///

The prosecutor has authorized defense counsel to sign this stipulation on her behalf.

DATED: January 13, 2010          by     /s/ Chris Cosca
                                        Chris Cosca
                                        Attorney for Defendant
                                        MARIA PALA BROSNAN


DATED: January 13, 2010          by     /s/ Chris Cosca for
                                        Robin R. Taylor
                                        Assistant U. S. Attorney


**Order**

Good cause appearing,

The status conference scheduled for January 15, 2010 is reset to January 29, 2010 at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4 for counsel preparation.


IT IS SO ORDERED.


DATED: 1/21/10                   _____
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge