BENJAMIN B. WAGNER
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cr-00533 GEB |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| MARIA PALA BROSNAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Maria Pala Brosnan, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2323(b)[1], defendant Maria Pala Brosnan's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

     1. Approximately 154 Prada Handbags,

     2. Approximately 3 Chanel Emblems,

---

[1] As amended December 1, 2008, and includes legislation through Pub.L. 110-460, approved December 23, 2008. The Indictment and Plea Agreement contain reference to forfeiture pursuant to 18 U.S.C. § 2320(b)(1)(B), which has been amended.

3. Approximately 10 Chanel Handbags,

4. Approximately 1 Chanel Key Chain,

5. Approximately 1 Chanel Scarf,

6. Approximately 8 Chanel Sunglasses,

7. Approximately 5 Coach Belts,

8. Approximately 2 Coach Belt Buckles,

9. Approximately 16 Coach Coin Purses,

10. Approximately 3 Coach Duffle Bags,

11. Approximately 154 Coach Handbags,

12. Approximately 1 Coach Key Chain,

13. Approximately 1 Coach Leather Tag,

14. Approximately 2 Coach Wallets,

15. Approximately 52 Dolce & Gabbana Emblems,

16. Approximately 17 Dolce & Gabbana Handbags,

17. Approximately 20 Dooney & Bourke Emblems,

18. Approximately 14 Dooney & Bourke Handbags,

19. Approximately 9 Fendi Handbags,

20. Approximately 1 Gucci Belt,

21. Approximately 28 Gucci Handbags,

22. Approximately 9 Gucci Sunglasses,

23. Approximately 12 Jimmy Choo Emblems,

24. Approximately 5 Jimmy Choo Handbags,

25. Approximately 45 Juicy Couture Handbags,

26. Approximately 14 Juicy Couture Wallets,

27. Approximately 13 Louis Vuitton Handbags,

28. Approximately 7 Louis Vuitton Wallets, and

29. Approximately 7 Prada Emblems.

2. The above-listed property constitute articles bearing, or

consisting of, a counterfeited mark used in the commission of a violation 18 U.S.C. § 2320(a), or was property used in any manner, or any part, to commit, or to facilitate the commission of, a violation of 18 U.S.C. § 2320(a). Pursuant to 18 U.S.C. § 2323(b)(2)(B), the Court shall order that any forfeited article or component of an article bearing or consisting of a counterfeit mark be destroyed or otherwise disposed of according to law.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, U.S. Secret Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Department of Homeland Security, U.S. Secret Service's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted

on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), in which all interests will be addressed.

SO ORDERED.

Dated: February 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge