```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,   )   2:08-CR-00533-GEB
                                )
12          Plaintiff,          )   FINAL ORDER OF FORFEITURE
                                )
13       v.                     )
                                )
14  MARIA PALA BROSNAN,         )
                                )
15          Defendant.          )
    _____)
16
17       WHEREAS, on or about February 17, 2010, this Court entered a
18  Preliminary Order of Forfeiture pursuant to the provisions of 18
19  U.S.C. § 2323(b), based upon the plea agreement entered into
20  between plaintiff and defendant Maria Pala Brosnan forfeiting to
21  the United States the following property:
22          a.  Approximately 154 Prada Handbags,
            b.  Approximately 3 Chanel Emblems,
23          c.  Approximately 10 Chanel Handbags,
            d.  Approximately 1 Chanel Key Chain,
24          e.  Approximately 1 Chanel Scarf,
            f.  Approximately 8 Chanel Sunglasses,
25          g.  Approximately 5 Coach Belts,
            h.  Approximately 2 Coach Belt Buckles,
26          i.  Approximately 16 Coach Coin Purses,
            j.  Approximately 3 Coach Duffle Bags,
27          k.  Approximately 154 Coach Handbags,
            l.  Approximately 1 Coach Key Chain,
28          m.  Approximately 1 Coach Leather Tag,
            n.  Approximately 2 Coach Wallets,
            o.  Approximately 52 Dolce & Gabbana Emblems,
            p.  Approximately 17 Dolce & Gabbana Handbags,
```

|     |     |                                                |
| --- | --- | ---------------------------------------------- |
|     | q.  | Approximately 20 Dooney & Bourke Emblems,      |
|     | r.  | Approximately 14 Dooney & Bourke Handbags,     |
|     | s.  | Approximately 9 Fendi Handbags,                |
|     | t.  | Approximately 1 Gucci Belt,                    |
|     | u.  | Approximately 28 Gucci Handbags,               |
|     | v.  | Approximately 9 Gucci Sunglasses,              |
|     | w.  | Approximately 12 Jimmy Choo Emblems,           |
|     | x.  | Approximately 5 Jimmy Choo Handbags,           |
|     | y.  | Approximately 45 Juicy Couture Handbags,       |
|     | z.  | Approximately 14 Juicy Couture Wallets,        |
|     | aa. | Approximately 13 Louis Vuitton Handbags,       |
|     | bb. | Approximately 7 Louis Vuitton Wallets, and     |
|     | cc. | Approximately 7 Prada Emblems.                 |

AND WHEREAS, beginning on February 18, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2323(b), to be disposed of according to law, including all right, title, and interest of Maria Pala Brosnan.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, U.S. Secret Service

shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated: June 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge